**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **WILLIAM HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 07-510-DRH** |
| | ) | |
| **DANIEL AUSTIN,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

On November 26, 2007, the Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to pay the $350 filing fee within fifteen days (Doc. 7). Plaintiff was warned that his failure to comply with the Court's Order could result in the dismissal of his action. More than fifteen days have passed and Plaintiff still has not paid the $350 filing fee. Therefore, the instant complaint will be dismissed, with prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**Dated this 4th day of January, 2008.**

/s/     DavidRHerndon
Chief Judge
United States District Court