IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-510-DRH |
| ) | |
| DANIEL AUSTIN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court *sua sponte*. On November 26, 2007, the Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered Petitioner to pay the $350 filing fee, warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b). Following Petitioner's failure to pay the $350 filing fee , the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

Dated this 4th day of January, 2008.

/s/     DavidRHerndon
Chief Judge
United States District Court